■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONDELL WILKINS, Appellant. [899 NYS2d 616]—Judgment, Supreme Court, New York County (Robert M. Stolz, J.), rendered February 26, 2008, convicting defendant, after a jury trial, of criminal possession of a forged instrument in the second degree and attempted forgery in the second degree (two counts) and sentencing him, as a second felony offender, to an aggregate term of 3 to 6 years, unanimously affirmed.

Defendant's general objection (*see People v Tevaha*, 84 NY2d 879 [1994]) failed to preserve his argument that the People's expert on altered MetroCards invaded the jury's province by expressing an opinion on the ultimate issue of intent, and we decline to review it in the interest of justice. As an alternative holding, we find that the testimony was permissible (*see People v Hicks*, 2 NY3d 750, 751 [2004]; *People v Kanner*, 272 AD2d 866, 867 [2000], *lv denied* 95 NY2d 867 [2000]), and that, in any event, any error in this regard was harmless. Concur—Mazzarelli, J.P., Sweeny, Freedman, Richter and Manzanet-Daniels, JJ.

■ In the Matter of LAKIMA ANDERSON, Petitioner, v TINO HERNANDEZ et al., Respondents. [899 NYS2d 616]—A CPLR article 78 proceeding having been transferred to this Court pursuant to an order of the Supreme Court, New York County (Sheila Abdus-Salaam, J.), entered on or about January 20, 2009, and upon the stipulation of the parties hereto dated April 15, 2010, it is unanimously ordered that said proceeding be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Mazzarelli, J.P., Sweeny, Freedman, Richter and Manzanet-Daniels, JJ.